## LAWRENCE BELOTTI *v.* CITY OF SHELTON
## (AC 20611)

Schaller, Spear and Daly, Js.

Argued February 16—officially released March 20, 2001

Per Curiam. The judgment is affirmed.

## MILVIA DIBRINO *v.* JOSEPH FERRUCCI ET AL.
## (AC 20053)

Mihalakos, Flynn and Healey, Js.

Argued February 20—officially released March 20, 2001

Per Curiam. The judgment is affirmed.

## THEODORE LENCZYK *v.* CLIFFORD GRABOWSKI
## (AC 20290)

Lavery, C. J., and Dranginis and Flynn, Js.

Submitted on briefs March 2—officially released March 20, 2001

Per Curiam. The judgment is affirmed.

## JAMES HUDAK *v.* THE S. CARPENTER
## CONSTRUCTION COMPANY ET AL.
## (AC 20355)

Lavery, C. J., and Dranginis and Flynn, Js.

Submitted on briefs March 2—officially released March 20, 2001

Per Curiam. The judgment is affirmed.